THE MIDLAND PARK COAL & LUMBER CO., INC., PROSECU-
TOR-APPELLANT, v. MAITLAND B. TERHUNE, BUILD-
ING INSPECTOR OF THE VILLAGE OF RIDGEWOOD,
THE BOARD OF ADJUSTMENT OF THE VILLAGE OF
RIDGEWOOD, AND THE BOARD OF COMMISSIONERS
OF THE VILLAGE OF RIDGEWOOD, RESPONDENTS-
RESPONDENTS.

Submitted May 28, 1948—Decided September 3, 1948.

For the prosecutor-appellant, *Chauncey A. Plyley.*

For the respondents-respondents, *William E. Reinhardt*
(*Julian C. Harrison,* of counsel).

PER CURIAM.

The judgment is affirmed, for the reasons expressed in the
opinion below excepting that portion dealing with the author-
ity to regulate by zoning the use of vacant lands in general.
Since the land in dispute is to be used in conjunction with
presently owned yards and buildings of the appellant, both
premises are regarded as a unit and subject to the prevailing
zoning restrictions.

*For affirmance*—THE CHIEF JUSTICE, BODINE, HEHER,
WACHENFELD, BURLING, JACOBS, WELLS, DILL, FREUND,
McLEAN, JJ. 10.

*For reversal*—THE CHANCELLOR, SCHETTINO, JJ. 2.